IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No. 1:09-CV-1840 |
| REAL PROPERTY KNOWN AS 1316 | ) | |
| SAXONY DRIVE, CONYERS, | ) | |
| ROCKDALE COUNTY, GEORGIA | ) | |
| AND ALL BUILDINGS AND | ) | |
| APPURTENANCES THEREON; | ) | |
| REAL PROPERTY KNOWN AS 2377 | ) | |
| BELLEFONTE AVENUE, UNIT 64, | ) | |
| LAWRENCEVILLE, GWINNETT | ) | |
| COUNTY, GEORGIA, AND ALL | ) | |
| BUILDINGS AND APPURTEN- | ) | |
| ANCES THEREON; REAL | ) | |
| PROPERTY KNOWN AS 195 | ) | |
| FOURTEENTH STREET, PH505, | ) | |
| ATLANTA, FULTON COUNTY, | ) | |
| GEORGIA, REAL PROPERTY | ) | |
| KNOWN AS 75 FOURTEENTH | ) | |
| STREET, UNIT 3340, ATLANTA, | ) | |
| FULTON COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**CLAIMANT TERRY BERNARD WHITE'S**
**VERIFIED STATEMENT OF INTEREST AND CLAIM**
**PURSUANT TO RULE G(5)**

COMES NOW, CLAIMANT, TERRY BERNARD WHITE ("Claimant"),

by and through undersigned counsel pursuant to the Supplemental Rules for

Admiralty or Maritime and Asset Forfeiture Claims Rule G(5) and hereby files this

Verified Statement of Interest and Claim.  In support thereof, Claimant shows as

follows:

1.

Claimant is the true and lawful owner of the following defendant properties:

REAL PROPERTY KNOWN AS 1316 SAXONY DRIVE, CONYERS, ROCKDALE COUNTY, GEORGIA AND ALL BUILDINGS AND APPURTENANCES THEREON; REAL PROPERTY KNOWN AS 2377 BELLEFONTE AVENUE, UNIT 64, LAWRENCEVILLE, GWINNETT COUNTY, GEORGIA, AND ALL BUILDINGS AND APPURTENANCES THEREON; REAL PROPERTY KNOWN AS 195 FOURTEENTH STREET, PH505, ATLANTA, FULTON COUNTY, GEORGIA, REAL PROPERTY KNOWN AS 75 FOURTEENTH STREET, UNIT 3340, ATLANTA, FULTON COUNTY, GEORGIA (the "Defendant Properties").

2.

Claimant is the owner of record pursuant to Deed.  Most if not all of the properties are subject to mortgages..

Respectfully submitted,

s/ Janice A. Singer
JANICE A. SINGER
Georgia Bar No. 649033
Counsel for Claimant Terry White

Thompson & Singer, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277

(Signatures continued on following page)

2

<u>s/*Edward T.M. Garland*</u>
EDWARD T.M. GARLAND
Ga. Bar Number 284900

Garland, Samuel & Loeb, P.C.
3151 Maple Drive, NE
Atlanta, Georgia 30305
(404) 262-2225
Fax: (404) 365-5041

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed CLAIMANT TERRY BERNARD WHITE'S VERIFIED STATEMENT OF INTEREST AND CLAIM PURSUANT TO RULE G(5) using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This the 10th day of August, 2008.

Respectfully submitted,


*s/ Janice A. Singer*
JANICE A. SINGER
Georgia Bar No. 649033
Counsel for Claimant Terry White.


Thompson & Singer, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277