STATE OF GEORGIA  :
                  :SS.
COUNTY OF FULTON:

## VERIFICATION

Personally appeared before me, an officer duly authorized to administer oaths, Terry Bernard White who states under oath that he has read the foregoing Statement of Interest and that the facts contained therein are true and correct.

By: _____
    TERRY BERNARD WHITE

Sworn to and subscribed before me this ___7___ day of ___August___, 2009

_____
Notary Public