IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : |
| | : 1:09-CV-1840-JEC |
| REAL PROPERTY KNOWN AS 1316 SAXONY DRIVE, CONYERS, ROCKDALE COUNTY, GEORGIA, AND ALL BUILDINGS AND APPURTENANCES THEREON; REAL PROPERTY KNOWN AS 2377 BELLEFONTE AVENUE, UNIT 64, LAWRENCEVILLE, GWINNETT COUNTY, GEORGIA, AND ALL BUILDINGS AND APPURTENANCES THEREON; REAL PROPERTY KNOWN AS 195 FOURTEENTH STREET, PH505, ATLANTA, FULTON COUNTY, GEORGIA; REAL PROPERTY KNOWN AS 75 FOURTEENTH STREET, UNIT 3340, ATLANTA, FULTON COUNTY, GEORGIA, | : |
| Defendants. | : |

## CONSENT ORDER

This matter is before the Court upon the consent of the United States and Claimant Terry Bernard White for an order staying the above-styled civil forfeiture action pending the outcome of criminal charges against Claimant, which are now pending in the United States District Court for the Northern District of Georgia and are related to the instant forfeiture action. It appears to the Court that the parties are in agreement that a stay will be best for all concerned.

Accordingly, it is hereby ORDERED that the above-referenced

civil forfeiture action be stayed pending the outcome, including any appeals, of the related criminal prosecution, United States v. Terry Bernard White et al.

**SO ORDERED** this ___15___ day of ___October___, 2009.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

The Clerk shall administratively Terminate this action action to be reopened, if necessary, by parties within 30 days of issuance of 11th Circuit mandate or, if no appeal, within 30 days of issuance of judgment in case.

/s/ Julie Carnes

Consented to by:

/s/ Michael J. Brown
MICHAEL JOHN BROWN
Georgia Bar No. 064437
Assistant United States Attorney

/s/ Janice A. Singer
JANICE A. SINGER
Georgia Bar No. 649033
Attorney for Terry B. White

/s/ Edward T.M. Garland
EDWARD T.M. GARLAND
Georgia Bar NO. 284900
Attorney for Terry B. White